JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDMEE FRANCE,

      Plaintiff,

      v.

SUTTELL, HAMMER AND
WHITE, APC.

      Defendant.

Case No.: 2:16-CV-00703-CAS-JEMx

[PROPOSED] ORDER RE:
STIPULATION TO DISMISS
ACTION WITH PREJUDICE

HON. CHRISTINA A. SNYDER

    Having considered the parties' joint stipulation, IT IS HEREBY ORDERED that this action is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: December 19, 2016

_____
HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE